# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| SHERRIE MEEKS, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF JONATHAN SILVER LOVE, DECEASED, AND AS NEXT FRIEND OF P.L. AND F.L., MINOR CHILDREN OF JONATHAN SILVER LOVE, DECEASED<br>　　　　Plaintiffs<br><br>V.<br><br>FRANKLIN COUNTY, TX, ET AL.<br>　　　　Defendants | § § § § § § § § § § § § § | No. 5:14CV140 |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections to the Report and Recommendation were filed. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is

**ORDERED** that Defendant Franklin County Sheriff's Office's Rule 12(b)(6) Motion to Dismiss and Conditional Answer to Plaintiffs' First Amended Complaint (Dkt. No. 17) is **GRANTED**. It is further

**ORDERED** that Plaintiff's above-entitled and numbered cause of action against Defendant

Franklin County Sheriff's Office is **DISMISSED WITH PREJUDICE**.

**SIGNED this 2nd day of June, 2015.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE